UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HARRIS DAVID

VERSUS

AVERITT EXPRESS, ET AL

CIVIL ACTION

NUMBER 11-631-BAJ-SCR

## RULING AND ORDER OF REMAND

The Court, having carefully considered the motion, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 8, 2011 (doc. 9), and plaintiff's objection thereto, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's Motion to Remand is granted, and plaintiff be awarded costs and reasonable attorney's fees in the amount of $250, to be paid by the defendants within 14 days from receipt of this order. This matter is remanded to the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

Baton Rouge, Louisiana, December 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA